Decided November 3, 2005

## ALTHEA S. DINAN *v.* DONAT C. MARCHAND, ADMINISTRATOR (ESTATE OF ALBERT A. GAROFALO)

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 492 (AC 25754), is granted, limited to the following issue:

"Having determined that the trial court improperly had invoked the rule of *Dale's Appeal from Probate*, 57 Conn. 127, 17 A. 757 (1888), to exclude evidence in the

present case, did the Appellate Court improperly affirm the trial court's evidentiary rulings?"

The Supreme Court docket number is SC 17536.

*Richard L. Albrecht, Courtney A. George* and *Barbara M. Schellenberg*, in support of the petition.

*W. I. Haslun II* and *Joyce H. Young*, in opposition.

Decided November 3, 2005